UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANITA MITCHELL | CIVIL ACTION |
| VERSUS | CASE NO. 14-2766 |
| AMICA MUTUAL INSURANCE CO. | SECTION: "G"(5) |

## ORDER

The Court having been advised that the parties have firmly agreed upon a compromise,[1]

**IT IS ORDERED** that this action be and is hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty days, to reopen the action if settlement is not consummated. The Court retains jurisdiction to enforce the compromise agreed upon by the parties.

Counsel are reminded that, if witnesses have been subpoenaed, <u>every witness</u> must be notified by counsel not to appear.

**NEW ORLEANS, LOUISIANA**, this  3rd  day of February, 2016.

                                                           **NANNETTE JOLIVETTE BROWN**
                                                           **UNITED STATES DISTRICT JUDGE**

---

[1] *See* attached correspondence.



Keogh, Cox & Wilson, Ltd.
701 Main Street, Baton Rouge, LA 70802
P.O. Box 1151, Baton Rouge, LA 70821
P 225 383 3796  F 225 343 9812

keoghcox.com

John P. Wolff, III, Partner
jwolff@keoghcox.com
Nancy B. Gilbert, Partner
ngilbert@keoghcox.com
Virginia J. McLin, Partner
jmclin@keoghcox.com

February 03, 2016

**VIA EMAIL**
efile-brown@laed.uscourts.gov

Hon. Nannette Jolivette Brown
Judge, USDS, Eastern District of LA
500 Poydras Street, Rm C205
New Orleans, LA 70130

RE:   **Suit No. 65,383, Anita Mitchell v. Amica Mutual Insurance Company**

Dear Judge Brown:

Please be advised that the above captioned matter has been settled in full with all defendants.

Please remove this matter from your February 29, 2016 trial docket. Should you have any questions or concerns, please do not hesitate to contact my office.

With kindest personal regards, we remain

Very truly yours,
**KEOGH COX & WILSON, LTD**

*John P. Wolff*

JOHN P. WOLFF, III
NANCY B. GILBERT
VIRGINIA J. MCLIN

JPW/VJM:lpb
cc: Anita Mitchell *via Email* akwash@gmail.com